UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 APR 16 PM 12:47

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. **'08 MJ 1175** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| 1) Roger VALDEZ-Arizpe, | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| 2) Guillermo SORIA-Valdez | Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **April 15, 2008**, within the Southern District of California, defendants **Roger VALDEZ-Arizpe** and **Guillermo SORIA-Valdez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jose Manuel RAMIREZ-Faustino, Gerardo SANCHEZ-Tello, Alicia JIMENEZ,** and **Ana Elizabeth JIMENEZ** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **April, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
1) Roger VALDEZ-Arizpe
2) Guillermo SORIA-Valdez

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Jose Manuel RAMIREZ-Faustino, Gerardo SANCHEZ-Tello, Alicia JIMENEZ,** and **Ana Elizabeth JIMENEZ** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 15, 2008, Border Patrol Agent J. LaHart, was conducting line watch duties in the Campo Border Patrol Station's area of operation. Agent LaHart was in full Border Patrol uniform and in a marked Border Patrol vehicle parked at the intersection of Zarina Lake Drive and Tierra Del Sol Road. Tierra Del Sol Road is a notorious smuggling corridor which is located approximately 18 miles east of the Tecate, California Port of Entry and spans approximately six miles from Old Highway 80 all the way to the United States/Mexico border. The direct access from the international border to Interstate 8 via the nearby roads make Tierra Del Sol Road a heavily used route for illegal aliens and smugglers. The community of Tierra Del Sol is also a sparsely populated, rural border community with very little vehicle traffic outside of the local residents.

At approximately 7:00 AM Agent LaHart observed a white 1995 Mercury Cougar pass his location heading south on Tierra Del Sol Road. He immediately recognized the driver as an admitted alien smuggler encountered in the Campo, California area on April 14, 2008 in a tan Chevrolet pickup truck. He then realized that the vehicle immediately behind the white Mercury was the same tan 1992 Chevrolet truck the subject had been encountered in the prior day. Both of these vehicles were heavily tinted. The vehicles were also observed traveling closely together.

Agent LaHart waited to see if they returned north. Approximately twenty minutes later, he observed both vehicles traveling back north along Tierra Del Sol Road. As the vehicles passed him, Agent LaHart observed that both vehicles now appeared extremely heavy although only the drivers were visible. Agent LaHart decided to conduct a vehicle stop on the vehicles to conduct immigration inspections of the occupants.

With Border Patrol Agent R. Hallmark as backup in another service vehicle agent LaHart performed the stop on the tan Chevrolet pick-up at Tierra Del Sol Road and Tierra Real Lane. Agent Hallmark stopped the white Mercury Cougar near the same location.

Agent LaHart approached the tan Chevrolet pickup truck and identified himself as a U.S. Border Patrol Agent to the driver, defendant **Guillermo SORIA-Valdez**. Agent LaHart immediately observed numerous people piled on top of one another in the front passenger compartment and behind the bench seat. Agent LaHart immediately secured the vehicle and took the defendant into custody. Further inspection of the vehicle revealed numerous additional individuals crammed into the bed of the truck beneath the tonneau cover. A total of eighteen subjects, including SORIA, were removed from the tan Chevrolet.

**CONTINUATION OF COMPLAINT:**
**1) Roger VALDEZ-Arizpe**
**2) Guillermo SORIA-Valdez**

Through field interviews Agent LaHart determined that all of the subjects were citizens of Mexico present in the United States illegally. At the same time, BPA Hallmark approached the white Mercury Cougar and identified himself as a U.S. Border Patrol Agent to the driver, defendant **Roger VALDEZ-Arizpe**. Agent Hallmark observed numerous subjects piled inside the passenger compartment of the vehicle. Agent Hallmark secured the car and removed the driver and 7 passengers from the vehicle. BPA Hallmark identified himself as a Border Patrol Agent again and questioned the occupants about their citizenship. Interviews revealed that all eight subjects including VALDEZ were citizens of Mexico illegally present in the United States. VALDEZ, SORIA and the twenty-four smuggled aliens were arrested and transported to the Campo Border Patrol Station for processing.

**MATERIAL WITNESS STATEMENTS:**

Material witnesses **Jose Manuel RAMIREZ-Faustino, Gerardo SANCHEZ-Tello, Alicia JIMENEZ,** and **Ana Elizabeth JIMENEZ** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. That they made arrangements to be smuggled into the United States for amounts ranging from $2000 to $3000 US. They were led by foot guide under the fence into the United States. When the vehicle arrived they all jumped in. Everyone was lying on top of each other. They were only in the vehicles for approximately 10 minutes before being arrested.