1  KAREN P. HEWITT
   United States Attorney
2  NICOLE A. JONES
   Assistant U.S. Attorney
3  California State Bar No. 231929
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5482 / Fax: (619) 235-2757
   Email: Nicole.Jones@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No.08CR1363-BTM
                                     )
11                       Plaintiff,  )
                                     )   NOTICE OF APPEARANCE
12            v.                     )
                                     )
13  ROGER VALDEZ-ARIZPE, et al.      )
                                     )
14                       Defendant.  )

15  _____

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24       Name (If none, enter "None" below)

25       None.

26  //

27  //

28  //

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name (If none, enter "None" below)

6    None

7    Please call me if you have any questions about this notice.

8    DATED: May 8, 2008

9                                                Respectfully submitted,

10                                               KAREN P. HEWITT
                                                 United States Attorney

11                                               /s/ Nicoel A. Jones
12                                               NICOLE A. JONES
                                                 Assistant United States Attorney
                                                 Attorneys for Plaintiff
13                                               United States of America
                                                 Email: Nicole.Jones@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Roger Valdez-Arizpe, et al.    2                08CR1363-BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Criminal Case No. 08CR1363-BTM |
| Plaintiff, | ) |
| v. | ) |
| ROGER VALDEZ-ARIZPE, et al. | )  **CERTIFICATE OF SERVICE** |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

     I, NICOLE A. JONES, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1.    Leila W. Morgan, leila_morgan@fd.org

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

     N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on May 8, 2008.

                   /s/*Nicole A. Jones*
                   NICOLE A. JONES
                   Assistant U.S. Attorney