1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:  (619) 266-0389
3  Fax:        (619) 501-2493

4  Attorney for Material Witnesses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>1) Roger VALDEZ-Arizpe )<br>2) Guillermo SORIA-Valdez )<br>)<br>)<br>    Defendants )<br>)<br>)<br>_____) | Criminal Case No.08cr1363BTM<br><br>NOTICE OF MOTION; MOTION FOR VIDEOTAPE DEPOSITION, AND RELEASE OF MATERIAL WITNESSES;<br><br>Hearing Date:  May 27, 2008<br>Time:          11:00 a.m.<br>Court:         15<br>Judge:         Hon. Barry Moskowitz |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY, LEILA W. MORGAN, ATTORNEY FOR DEFENDANT, ROGER VALDEZ-ARIZPE AND ANTONIO F YOUNG, ATTORNEY FOR DEFENDANT, GUILLERMO SORIA-VALEZ.

PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., counsel will move this court for an order to take the deposition of the material witness JOSE MANUEL RAMIREZ-FAUSTINO AND GERARDO SANCHEZ-TELLO..

## MOTION

JOSE MANUEL RAMIREZ FAUSTINO AND GERARDO SANCHEZ-TELLO, through their counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,  8 U.S.C

. No.08cr1363BTM

1  Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court
2  for an order to take their disposition by videotape.
3       This motion is based upon the accompanying points and authorities, the records in the
4  above-entitled case and all matters submitted to the court prior to the determination of this
5  motion.

7  Dated:    5/13/08                         /S/Ciro Hernandez
                                             CIRO HERNANDEZ
8                                            Attorney for material witnesses

28                     . No.08cr1363BTM