1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witnesses

5

6                    **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA         )    Criminal Case No. 081363BTM
                                    )
10         Plaintiff                )
                                    )
11      v.                          )    CERTIFICATE OF SERVICE
                                    )
12 ROGER VALDEZ-ARIZPE (1)          )
   GUILLERMO SORIA-VALDEZ (2)       )
13                                  )
          Defendants                )
14 _____ )

15

16      Counsel for material witnesses, J0SE MANUEL RAMIREZ-FAUSTIO AND

17 GERARDO SANCHEZ-TELLO  certifies that the foregoing motion, is true and accurate to the

18 best of his  information and belief, and that a copy of the foregoing has been electronicly served

19 this day upon.

20

21 Nicole A Jones Nicole.Jones@usdoj.gov, efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

22 Leila W Morgan Leila_Morgan@fd.org, Angelica_Hernandez@fd.org

23 U S Attorney CR Efile.dkt.gc2@usdoj.gov

24 Antonio F Yoon antonioyoon@cox.net

25

26 Dated: May 13 , 2008              /S/ Ciro Hernandez
                                     CIRO HERNANDEZ
27

28                                   081363BTM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                          081363BTM