```
1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witnesses
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.08cr1363BTM |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NOTICE OF MOTION; MOTION FOR |
| ) | VIDEOTAPE DEPOSITION, |
| 1)Roger VALDEZ-Arizpe ) | AND RELEASE OF MATERIAL |
| 2) Guillermo SORIA-Valdez ) | WITNESSES; |
| ) | |
| ) | |
| Defendants ) | Hearing Date:  May 27, 2008 |
| ) | Time:           11:00 a.m. |
| ) | Court:          15 |
| ) | Judge:    Hon. Barry Moskowitz |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, NICOLE A.JONES, ASSISTANT UNITED STATES ATTORNEY, LEILA W. MORGAN, ATTORNEY FOR DEFENDANT, ROGER VALDEZ-ARIZPE AND ANTONIO F YOUNG, ATTORNEY FOR DEFENDANT, GUILLERMO SORIA-VALEZ.

PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., counsel will move this court for an order to take the deposition of the material witness JOSE MANUEL RAMIREZ-FAUSTINO AND GERARDO SANCHEZ-TELLO..

**MOTION**

JOSE MANUEL RAMIREZ FAUSTINO AND GERARDO SANCHEZ-TELLO, through their counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,   8 U.S.C

. No.08cr1363BTM

1  Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court
2  for an order to take their disposition by videotape.
3         This motion is based upon the accompanying points and authorities, the records in the
4  above-entitled case and all matters submitted to the court prior to the determination of this
5  motion.

7  Dated:    5/13/08                              /S/Ciro Hernandez
                                                  CIRO HERNANDEZ
8                                                 Attorney for material witnesses

28                          . No.08cr1363BTM