UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Roger Valdez-Arizpe<br><br>Defendant(s) | 08cr1363<br><br>CRIMINAL NO. 08-mj-1175<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Alicia Jimenez

DATED: 5/13/2008

CATHY ANN BENCIVENGO

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by
Deputy Clerk