1  **ANTONIO F. YOON**
   California Bar No. 163961
2  501 W. Broadway, Suite A-387
   San Diego, California 92101
3  Telephone: (619) 544-0021

4  Attorney for Mr. Soria

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Criminal No. 08CR1363-BTM |
|     Plaintiff,  ) | |
| v.  ) | |
| **GUILLERMO SORIA,**  ) | **JOINT MOTION TO CONTINUE SENTENCING DATE** |
|     Defendant.  ) | |
| _____ ) | |

   The parties jointly move to continue the sentencing hearing date of September 19, 2008, at 9:00 a.m. to October 2, 2008 at 9:00 a.m. The reason for the continuance is to review sentencing documents with the defendant who is currently housed in San Luis, Arizona.

   SO STIPULATED.

Dated: September 10, 2008          /s/ Antonio Yoon
                                   _____
                                   **ANTONIO F. YOON**
                                   Attorney for Mr. Soria

Dated: September 10, 2008          /s/ Nicole Jones with authorization
                                   _____
                                   **NICOLE JONES**
                                   Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | U.S.C.D. No. 08cr1363-BTM |
| v. | ) | |
| **GUILLERMO SORIA** | ) | CERTIFICATE OF SERVICE BY ECF |
| Defendant. | ) | |

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

2. That I filed the within <u>JOINT MOTION TO CONTINUE SENTENCING DATE</u> by electronically filing them through the CM/ECF service;

3. That I served the within on counsel for Plaintiff by electronic means:

  Assistant United States Attorney's office

as evidenced by the attached and incorporated by reference ECF.

I certify that the foregoing is true and correct. Executed on September 10, 2008, at San Diego, California.

        /s/ Antonio Yoon
        Antonio F. Yoon